|  | IP | Torrentname | Category | FileHash | Date ▼ |
|---|---|---|---|---|---|
| 1. | 67.170.161.21 | __Niezbędnik Systemu Windows 7 | Software | 33148b6be61c75ddde3659b2b0dff4982de2738e | 2013/01/02 |
| 2. | 67.170.161.21 | Supergirl_015_(2013)_(digital)_(Megan-Empire).cbr | eBook | 3314a454137c2ec36ee3204aa6923d1f347c5be5 | 2013/01/02 |
| 3. | 67.170.161.21 | Crazy Stupid Love 2011 [Eng] [DVDRip] Dual Audio - Voodoo | Video | 86f555e657158fd4a8f4dbd54dd0a96b444d955d | 2013/01/02 |
| 4. | 67.170.161.21 | Jade Dynasty Madison.exe | Software | 86f55762f136c1e790e9f2794db06155e8a10c72 | 2013/01/02 |
| 5. | 67.170.161.21 | Kaspersky9.1 + Key.rar | Software | 86f584daa8d7f9d858981207763e4bb2e81cec6b | 2013/01/02 |
| 6. | 67.170.161.21 | SQL_Serv_2k_SP3.iso | Software | dd97c292c5bfbef824a09bc2abee145e2a03c14d | 2013/01/04-2013/01/22 |
| 7. | 67.170.161.21 | The Canadian Tenors - Lead With Your Heart 2013 Full Album | Audio | dc543d1cc1509dc50726d5925e1b333a73304759 | 2013/01/07 |
| 8. | 67.170.161.21 | Piano For All - The Ingenious New Way to Learn Piano and Keyboard Interactive Tutorial Video | eBook | b82705dc9182c11344f8fec47f8f16094074d06c | 2013/01/07-2013/01/10 |
| 9. | 67.170.161.21 | Intuit TurboTax Home and Business v2012 Lz0 | Software | 1e12854340e7a4ec8dd57b74e16e4227d58d41df | 2013/01/11 |
| 10. | 67.170.161.21 | Tower Heist [2012]BRRip XviD-ETRG | Video | 8167c66c240bc2a874363a980645e4e388c58894 | 2013/01/13 |
| 11. | 67.170.161.21 | Mike & Molly S03E05 HDTV x480 XviD LOL | TV Series | 8167c7107973246aa4a6d0d09ef614f942da5fca | 2013/01/13 |
| 12. | 67.170.161.21 | Why Women Have Sex - Understanding Sexual Motivations from Adventure to Revenge (Pdf,Epub,Mobi) - Mantesh | eBook | c440def8fbb1ec29de686717e9af3bfdd62cff2e | 2013/01/14-2013/01/21 |
| 13. | 67.170.161.21 | American.Chopper.Senior.vs.Junior.S04E07 | TV Series | 36d7519b3d51c9d99fde357439eb4c692aa661a6 | 2013/01/16-2013/02/09 |
| 14. | 67.170.161.21 | Paranormal.Activity.4.2012.DVDRip.XviD.PTpOWeR.avi | Video | 36d74b673788a606a0a78957567ff6bb8db11db7 | 2013/01/18 |
| 15. | 67.170.161.21 | G_P_C_20_12_2012.pdf | eBook | b9a4119bd599fab6180143faffe9ee31ec833cd6 | 2013/01/18 |
| 16. | 67.170.161.21 | Robert Palmer - Sweet Lies [promo].mp4 | Video | 0344368a312c7ce2994738965594fee3dd281835 | 2013/01/25 |
| 17. | 67.170.161.21 | Dallas.(2012).S02E03.Sins.of.the.Father.HDTV.XviD-ASAP[ettv].[NL] | TV Series | 0344341c2255bc189edb1d74f6d4b9d01e7c2826 | 2013/01/25-2013/02/09 |
| 18. | 67.170.161.21 | Zoner Photo Studio 15.0.1.3.rar | Software | a82585375753b38efe0c605e5bef66f3e9842a8b | 2013/01/26 |
| 19. | 67.170.161.21 | Microsoft Office 2013 professional plus_x32x64-keys | Software | 160a0608e0a57eb8d9eaee652bc1f991c79360ba | 2013/01/26-2013/02/02 |
| 20. | 67.170.161.21 | Avatar.2.DVDRip.XviD-AXXP.avi | Video | 7d8c396f66389803deba15cd5ae9842392e6a2d0 | 2013/02/07 |
| 21. | 67.170.161.21 | elder scrolls skyrim | Software | a825b671a6d0d7094fabfd10308dfcb639f94907 | 2013/02/07 |
| 22. | 67.170.161.21 | Karaoke TU101-110 | Audio | 36d751b58ddd6916580ba27fdd44687c7a3755d1 | 2013/02/09 |
| 23. | 67.170.161.21 | [ www.TorrentDay.com ] - Ghost.Adventures.S07E13.Crazy.Town.HDTV.XviD-AFG | TV Series | a046f9869b16f448c160bdfef6759af04cabd733 | 2013/03/06 |
| 24. | 67.170.161.21 | Google Earth Plus v6.0.3.2197 + crack | Software | 78944b58b3e6f518c3cb499f30f5af56e2be1676 | 2013/04/02-2014/01/16 |
| 25. | 67.170.161.21 | DVDFab v9.0.2.6 - Final - PreActivated | Software | 868740baaa15887198299bc3a3911a4f76cac1b2 | 2013/04/03-2013/04/14 |

| # | IP | Title | Type | Hash | Date |
|---|---|---|---|---|---|
| 26. | 67.170.161.21 | WinRAR 4.20 Final (x86 + x64) Pre-Registered [Dark-Red] | Software | 22066e3a1891b90bc97ebfe44af69e0506a238cf | 2013/04/08-2014/01/15 |
| 27. | 67.170.161.21 | Garmin CN Europe NT 2013.40 Mapsource Unlocked | Software | 88340039e2af95d7a8e6bdd9445707fbde2aa521 | 2013/04/14 |
| 28. | 67.170.161.21 | Google Earth PRO 7.0.2.8542 Final Portable [ChingLiu] | Software | c2d340bc4f9a646636b24f1077e02c8d0b85e8c9 | 2013/04/15-2014/01/18 |
| 29. | 67.170.161.21 | [ www.TorrentDay.com ] - Suits.S02E05.PROPER.HDTV.XviD-AFG | TV Series | 8687430bbedfb571a7025ed8a887028d2ffaa6c9 | 2013/04/17 |
| 30. | 67.170.161.21 | Lincoln (2012) DVD rip x264 AAC 5.1-LMAO | Video | c2d33d9b6054474975c8a64f95b51ec973c69369 | 2013/04/28-2013/06/15 |
| 31. | 67.170.161.21 | Iron Sky alternative | Video | c2d339723e20e8e45ab0c01a8f4f52d527dd75db | 2013/04/28-2013/12/04 |
| 32. | 67.170.161.21 | Californication.S06.DVO.Jimmy.J.HDTVRip.720p | TV Series | c2d332134fdd149914986f301a769f9744772145 | 2013/04/29 |
| 33. | 67.170.161.21 | AnyDVD HD v7.1.8.0 FINAL [Multilenguaje][WwW.LoKoTorrents.CoM] | Software | 053a7970f209f63c489a677a09f03c057f63fdfc | 2013/05/04-2013/06/02 |
| 34. | 67.170.161.21 | Windows 7 X4 (New Edition Jan 2013) X86 Full Activated (AmbalaGurpreet) | Software | 01bb7cfbe9f7ecb9ede5d1a7ee8547fd29300dd1 | 2013/05/06 |
| 35. | 67.170.161.21 | Wiz Khalifa - O.N.I.F.C. (iTunes Deluxe Version) 2012 320kbps CBR MP3 [VX] [P2PDL] | Software | c2d2ff8bfe908bc8ad51bd8da52aa7bb5b8a43dc | 2013/05/08 |
| 36. | 67.170.161.21 | Faster We Burn | eBook | 220667c7d12ef3b684686d2a3d5891f667833202 | 2013/05/12 |
| 37. | 67.170.161.21 | MRI5.7.1.iso | Software | 1a980969f16c196d10a1fddb8b1c87739e257a80 | 2013/05/13-2014/01/05 |
| 38. | 67.170.161.21 | The Kontrol Trilogy (2013) {Martin P. Keerns} | eBook | 49378f3e94096848723 96dcc4272fa701577ac14 | 2013/05/13-2014/01/21 |
| 39. | 67.170.161.21 | Dirty Wars- The World is a Battlefield- Jeremy Scahill | eBook | 65f801f69d382fea14b602e8818caf6ee4314584 | 2013/06/07-2014/01/20 |
| 40. | 67.170.161.21 | When Technology Fails - A Manual for Self Reliance and Planetary Survival.pdf | eBook | ec082e91b518799447b4ea4049cb0d511ddaae1b | 2013/07/10-2014/01/13 |
| 41. | 67.170.161.21 | 31_2011_SW_Guide.pdf | eBook | 1dad09179231c664902055faafb197ceb11da1b4 | 2013/07/10-2014/01/18 |
| 42. | 67.170.161.21 | The Road To Guantanamo. 2006 | Video | 1a98076d848728ddd73e4a54ae7c4433c3896fb5 | 2013/07/16-2013/07/21 |
| 43. | 67.170.161.21 | Songs of Fox Hollow | Audio | c2d3165728c2e9e9684b3ca6f99ec412db947eed | 2013/07/21 |
| 44. | 67.170.161.21 | The.Amazing.Spider-Man.2012.BDRip.1080p.mkv | Video | c2370dce12d9fb318d9ee1a513dc8600775da2ab | 2013/07/24 |
| 45. | 67.170.161.21 | Windows 8 Personalization Unlocker + Activator @ Only Upload Mughal | Software | 2dd16e9bd6c34ca87b5ad7f27dbd79cc109d30a1 | 2013/08/14-2013/08/18 |
| 46. | 67.170.161.21 | Windows-8 activator by munish83.rar | Software | 5ef319ecdd116a7ea531e037864943b44c833a10 | 2013/08/15- |

|     |              |                                                                                                                    |          |                                          | 2013/08/18              |
|-----|--------------|--------------------------------------------------------------------------------------------------------------------|----------|------------------------------------------|-------------------------|
| 47. | 67.170.161.21 | [ www.Torrenting.com ] - Mud.2012.BDRip.XviD.AC3-EMBER                                                            | Video    | 65f70b7228d113c65809e96fc7fea98c194ef4f8 | 2013/08/22              |
| 48. | 67.170.161.21 | The Experiment                                                                                                     | Video    | b635fc44c154873ab159e416db6b851885e5acb8 | 2013/09/10-2013/10/27   |
| 49. | 67.170.161.21 | A Dangerous Method 2011 CaM XviD-INFERNO                                                                           | Video    | 65f800c574162b578b1598db73b26c8ca22e7eb6 | 2013/09/13-2014/01/21   |
| 50. | 67.170.161.21 | MAX PAYNE-DINOISO CRACK 2012..rar                                                                                  | Software | 1a98062f3dcf1a0f28ad2bcf4d03f4c55978f3a7 | 2013/09/14              |
| 51. | 67.170.161.21 | Lonely Planet South America on a Shoestring 10th Edition 2007                                                      | eBook    | d3602047e57f867be9dda084914e42c3027d928e | 2013/09/20-2013/11/10   |
| 52. | 67.170.161.21 | salt sugar fat.epub                                                                                                | eBook    | 2ac9cc2601aff74d16b201bf4ff37c45ab9615a3 | 2013/10/21-2014/01/14   |
| 53. | 67.170.161.21 | DBGT DVD 1furia da rede.iso                                                                                        | Video    | d3602045eec6fd2f92d1d06ec86f7304d0ec5ce4 | 2013/11/07              |
| 54. | 67.170.161.21 | AnyDVD & AnyDVD HD 7.3.6.0 Final ML + Key - SceneDL (PimpRG)                                                       | Software | 98b013571e8b4398ddd1f844f6c684cb0761a43d | 2013/11/10-2014/02/19   |
| 55. | 67.170.161.21 | Windows 98 Eerste Editie Nederlands CD-Image + key + Boot floppy                                                   | Software | d3601abb72897f159bec312349e0e323ae32464b | 2013/11/11              |
| 56. | 67.170.161.21 | WinX-DVD-Ripper-Platinum-7.3.0-Build-20130819+Keygen                                                               | Software | c2d3302d4833a61e92cbfdd9fd2084bb347fdb35 | 2013/11/11-2013/12/08   |
| 57. | 67.170.161.21 | Deadly Pledge 2011 FRENCH DVDRIP XVID-FwD                                                                          | Video    | ec082c62ac914953ed5234d6cbbf372765ca81ea | 2013/11/12              |
| 58. | 67.170.161.21 | Kjell H?glund - Live i Eskilstuna 2005                                                                             | Audio    | 1aff63935993a050ba815a9a1a426960f8546139 | 2013/11/19              |
| 59. | 67.170.161.21 | smartpic-3.5m                                                                                                      | Software | 7af2b760dd4aeeca341aa4f8b545d78983d8923b | 2013/11/22-2013/12/24   |
| 60. | 67.170.161.21 | How to Be Invisible -The Essential Guide to Protecting Your Personal Privacy, Your Assets, and Your Life -Mantesh | eBook    | 7af2b8232d300de5d827aa8ade90e8d8179ff8eb | 2013/11/22-2014/01/12   |
| 61. | 67.170.161.21 | Pepakura Designer 3 1 2 Final Incl Serials                                                                         | Software | c2d0a05ccbc4a60dfe7f32d039a43bc24db81ec3 | 2013/12/18              |
| 62. | 67.170.161.21 | Orcs Must Die 2-FLT                                                                                                | Software | b635fbd4eca74587edd957115a3b8722118093b9 | 2013/12/19-2014/01/08   |
| 63. | 67.170.161.21 | [ www.UsaBit.com ] - The Butterfly Effect (2004) BluRay 720p 800MB Ganool.mkv                                      | Video    | 9fa4adc4a63b7201ce486cd888565a03577072aa | 2013/12/26-2013/12/28   |
| 64. | 67.170.161.21 | Clonecd 5 3 1 4 Final Crack                                                                                        | Software | c2d31b843dee66c1ca16222d284c1d1ceb38d6ab | 2013/12/26-2014/01/20   |
| 65. | 67.170.161.21 | HD video converter+serial number.rar                                                                               | Software | 65f80174f603c327133bd2b61e035cc1d578dbdd | 2013/12/27-2014/01/21   |
| 66. | 67.170.161.21 | How to Make Money Selling Drugs (2012)                                                                             | Video    | 7da4b2eb16c955a9c9764fc4ec7afcec7a9ec61a | 2013/12/27-2014/01/26   |
| 67. | 67.170.161.21 | [RaX]Death_Note_-_03_-_Dealings_[x264_ogg]_[D834A458].mkv                                                          | Video    | c2d31c939a5757ea9baed524db55eb57a2784f8f | 2013/12/28              |

| # | IP | File | Type | Hash | Date |
|---|---|---|---|---|---|
| 68. | 67.170.161.21 | The Big Bang Theory S6.E6 (xCrazy0328x) | TV Series | ec082a31c56d67efb589b9cdf654a6cb3327ebdb | 2013/12/29 |
| 69. | 67.170.161.21 | Native Instruments Massive STANDALONE VSTi RTAS v2.2.0 x86 x64 | Software | ec082aaca3e56d0abb90d77792e08b3c57c5ce0f | 2013/12/29 |
| 70. | 67.170.161.21 | The Fountian (2004) | Video | eb557f482eb31f9a8e4729cdb4f1f44c57c7244c | 2013/12/30-2014/02/19 |
| 71. | 67.170.161.21 | WiFi Hack Tool For Android Mobiles 2013 | Software | 0901d232d7712c96bb295c2caffeb2facf6b7207 | 2014/01/01-2014/01/05 |
| 72. | 67.170.161.21 | A Bronx Tale (1993) | Video | b6fe265e6efbeb71e222e7e0ced213d1a85473ce | 2014/01/01-2014/01/05 |
| 73. | 67.170.161.21 | The Ides of March (2011) | Video | c39f2c91d10380658da8dab7ed9d269c98332668 | 2014/01/01-2014/01/09 |
| 74. | 67.170.161.21 | gparted-live-0.16.2-11-amd64.iso | Software | 0901d5250182465a4fde342f3fcd5ec719a33baf | 2014/01/02-2014/01/05 |
| 75. | 67.170.161.21 | Time Bandits (1981) | Video | 0901e0cd56f82d03d403eee72ac4793e5ead9cf1 | 2014/01/02-2014/01/07 |
| 76. | 67.170.161.21 | Windows-8.1-Professional-IE11-Nov2013-Activated-x86x64-NASWARI | Software | b6fe2466e734df9bdf905342bd5870648c8df0e9 | 2014/01/03 |
| 77. | 67.170.161.21 | Harry Brown (2009) | Video | 8df1a4f5166303423d8e9a0ed879c8cdb438f6f4 | 2014/01/03-2014/01/07 |
| 78. | 67.170.161.21 | Suspension of Disbelief [2012] HDRip XViD-ETRG | Video | 128af6946691c15bdc642fd3227988494e28ea29 | 2014/01/03-2014/01/12 |
| 79. | 67.170.161.21 | The Internship 2013 DVDRip Xvid-CM | Video | 0901d988c6315429c358429469fa840ef4b4f3e1 | 2014/01/04 |
| 80. | 67.170.161.21 | The Best Of The 80er von A bis H | Audio | f02266b03f3b85b02ab7e6080a0a80683657171c | 2014/01/04 |
| 81. | 67.170.161.21 | TORRENT | Software | c39f2aa6db863762d6a5d1c62e4b426d3b620678 | 2014/01/04-2014/01/05 |
| 82. | 67.170.161.21 | WWE.Friday.Night.Smackdown.(2011.08.19).2011.XviD.HDTVRip | Audio | 0901d9f4a8332fe875e9965e74661f3dc1130620 | 2014/01/05 |
| 83. | 67.170.161.21 | Unthinkable.2010.720p.x264.aac.mkv | Video | b5958f4ff5a66fec8b0ddf42d69c8a0f4ec9bdca | 2014/01/05 |
| 84. | 67.170.161.21 | Redemption 2013 BRRip XviD AC3-RARBG | Video | 244652737c68e46f0ca2f46744155a09fddb556d | 2014/01/05-2014/01/11 |
| 85. | 67.170.161.21 | Side Effects (2013) | Video | 59a32ff547cbd62b9fa0c66c7c6c567bdc71c9fa | 2014/01/06 |
| 86. | 67.170.161.21 | Captain Phillips (action) 2013 DVDRip.rar.rar | Video | 83e6240f81a095b34cd275fc4e219362742b19ed | 2014/01/06 |
| 87. | 67.170.161.21 | LOVE CRIME [2010] DVD Rip Xvid [StB] | Video | 0dee674bf040e83f4251d6310a1a62e8448e4ba1 | 2014/01/06-2014/01/11 |
| 88. | 67.170.161.21 | Gravity.2013.HDRip.XviD-AQOS | Video | 9294328e164c7101f925ad69d6834a373b675878 | 2014/01/07-2014/01/09 |
| 89. | 67.170.161.21 | Secrets of Money, Banking & Federal Reserve - Collection 4 | eBook | 8cde3df7dfbe257baede48df5cef27667bfc9c43 | 2014/01/07-2014/02/15 |

| | | | | | |
|---|---|---|---|---|---|
| 90. | 67.170.161.21 | Die Welle | Video | 7290898069719a178049cb1032f9480eef7c85f4 | 2014/01/08 |
| 91. | 67.170.161.21 | Big Brother - The Orwellian Nightmare Come True - Mark Dice.pdf | eBook | 613aa239acf02e136a01f1f52864f070e64e4bb9 | 2014/01/08-2014/01/12 |
| 92. | 67.170.161.21 | Safety.Not.Guaranteed.2012.LIMITED.DVDRip.XviD-SPARKS | Video | 0582a2de4ac615f5c3b1cedb490a277a550d3ce8 | 2014/01/08-2014/01/26 |
| 93. | 67.170.161.21 | Before Midnight (2013) | Video | 393d469ab13b41175cfcc52b2df56b33819db1f6 | 2014/01/09-2014/01/11 |
| 94. | 67.170.161.21 | Prisoners (2013) | Video | a734e6a39dd657780d5f3403276f8f0a750011aa | 2014/01/09-2014/01/12 |
| 95. | 67.170.161.21 | PATH PES14&FIFA14.txt | Software | 24464f55caf4334331620ef9e0549833b1fe386a | 2014/01/10 |
| 96. | 67.170.161.21 | The.Spectacular.Now.2013.HDRip.XviD-BS5 | Video | 72654e06a715258b1acdfdf634a8a49d2ccc869f | 2014/01/10 |
| 97. | 67.170.161.21 | Haris Alexiou - Sta Vimata Tis 1 (1990-2005 ) | Audio | aaec2dbeb2412ff6e409a00a1e6fb9e717a4bf59 | 2014/01/10 |
| 98. | 67.170.161.21 | [ www.UsaBit.com ] - All Is Lost (2013) 720p HDTV 700MB Ganool.mkv | Video | 5b4390a7c1f38d02252389a0e8e1f26606438017 | 2014/01/10-2014/01/11 |
| 99. | 67.170.161.21 | Star Trek Into Darkness [2013] BRRip XviD AC3-RARBG | Video | e7a091cdc56daf31a8a1a142892014642d7337bb | 2014/01/10-2014/01/23 |
| 100. | 67.170.161.21 | Adobe Photoshop CS6 13.1.2 Extended repack - P2P | Software | 24464c391324d90fe33cd39522a41d1290cc1028 | 2014/01/11 |
| 101. | 67.170.161.21 | musical-We Will Rock You.wmv | Audio | 24464c39c9f45434f2eb36a7b4ccc5155d97eb03 | 2014/01/11 |
| 102. | 67.170.161.21 | Nero 7.5.1.1 Premium Reloaded Multilanguage + Keygen | Software | 1e733c3315dbb14e0cb35ae6cf8f1d336c1732b3 | 2014/01/12 |
| 103. | 67.170.161.21 | Trojan Killer 2.1.7.5 Khansoft India | Software | 397e8afd583b766520b1a97387974a3e174a8391 | 2014/01/12 |
| 104. | 67.170.161.21 | Alfa-Lydi.(Alphas).2011.Season.1.WEB-DLRip.rus.[LostFilm.TV] | TV Series | 6e29cf27176ea99a854f57dd696e127cb463b5f0 | 2014/01/12 |
| 105. | 67.170.161.21 | Escape.Plan.2013.720p.HDRip.XviD.AC3-RARBG | Video | 719d13ce934d2c3f6f3ef35feba73f46feee99ef | 2014/01/12 |
| 106. | 67.170.161.21 | We're the Millers (2013) | Video | d183b41af9b6e8612ae61f1177b1f9ab1d16e7c9 | 2014/01/12-2014/01/19 |
| 107. | 67.170.161.21 | Escape Plan 2013 HDRip x264 AAC-MiLLENiUM | Video | 35b265b1b41b299c6c369387139f544a60f8e62f | 2014/01/12-2014/01/22 |
| 108. | 67.170.161.21 | Don Jon (2013) | Video | 3ae122a2ac094190fba651ee1822b231ce8e4768 | 2014/01/12-2014/01/23 |
| 109. | 67.170.161.21 | Chennai Express (2013) - DVDRip - XviD - 1CDRip - [DDR] | Video | 1ea7ff05c0698004def3e9ef12b4eea7b2cc5df8 | 2014/01/12-2014/01/24 |
| 110. | 67.170.161.21 | About Time (2013) | Video | 60f81b1852a5f687c641f5a1b4c37f4f1406b527 | 2014/01/12-2014/01/24 |
| 111. | 67.170.161.21 | Why Forgive multilanguage | eBook | 6e29d061ebec50758bdc8e2611652a5ca9a28ebf | 2014/01/12-2014/02/16 |
| 112. | 67.170.161.21 | Windows.7.SP1.ENG.x86-x64.ACTiVATED.iso | Software | 0790e345eab9de7fa377ac6b481fd329a281f7cf | 2014/01/13 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 113. | 67.170.161.21 | Baat Bann Gayi (2013) MP3 Movie Songs ~320Kbps by [sp_09]{Asian Torrenz} | Audio | 74c6d8570bf3d1e07a8bf6135b8330f20d5fb1a5 | 2014/01/13 |
| 114. | 67.170.161.21 | Windows 8.1 10in1 Retail FINAL+ KMS ACTIVATOR (New Server!) | Software | 85eb47a4b7c0cf113d472fe302407ca0a65c12f7 | 2014/01/13-2014/01/18 |
| 115. | 67.170.161.21 | Parted Magic 2013-11-11 Partition Manager Disk Utilities | Software | 5ee67cfd746d14f131273199942af3dcf49d3a17 | 2014/01/13-2014/01/21 |
| 116. | 67.170.161.21 | Silver.Linings.Playbook.Jaybob.DVDRip.avi | Video | 6e29ce0efed32a2264d666571d6724740083b6d0 | 2014/01/13-2014/02/10 |
| 117. | 67.170.161.21 | Death by 'Gun Control' - Zelman and Stevens.pdf | eBook | e11bc2c10e1acd0998f4dad2c8d85beff5b9bab8 | 2014/01/13-2014/02/15 |
| 118. | 67.170.161.21 | EASEUS Partition Master 9.3 Professional+Technican Edition+Key | Software | d409bb62c576ba1ea0b42bfec1b0701f291b5f72 | 2014/01/13-2014/02/21 |
| 119. | 67.170.161.21 | linuxmint-16-xfce-dvd-32bit.iso | Software | 74c6d85d78eacdb88a95b1f9ea1e46aeb9eb768a | 2014/01/14-2014/02/15 |
| 120. | 67.170.161.21 | Deluxe Ultra Voice Changer V1 10 Android Debtpda | Software | 60f8108bc320fc90d3f6152b325f8613fbf9eac9 | 2014/01/15 |
| 121. | 67.170.161.21 | Adore (2013) | Video | 5b18a16e07f57cadc451a65caed6386d721a43b5 | 2014/01/16 |
| 122. | 67.170.161.21 | Nik Software Color Efex Pro 4 00 Rev 15202 Complete Edition X86 | Software | 60f817ba3ed896b80f42a7c12a31d980343c30fd | 2014/01/16 |
| 123. | 67.170.161.21 | The Place Beyond the Pines (2012) | Video | 2bddb6ba4b7e78b5a6cd136e433d58021375bb2b | 2014/01/17-2014/01/21 |
| 124. | 67.170.161.21 | Grand_Corps_Malade-Funambule-(Edition_Collector)-2CD-FR-2013-SPANK | Audio | 6e29c96c56330830b3c1cd96338d4e5ef3d6d769 | 2014/01/18 |
| 125. | 67.170.161.21 | Crystal Fairy (2013) | Video | 204691f4a37cfcb342d3728ce0c61a4b9f03c54e | 2014/01/18-2014/01/20 |
| 126. | 67.170.161.21 | Blue Jasmine (2013) | Video | fb6644ea3af4ada69d8f104e38cba0ae515dcc83 | 2014/01/18-2014/01/24 |
| 127. | 67.170.161.21 | The.Great.Beauty.2013.720p.BRRip.x264-Fastbet99 | Video | c268233a9bcfce2d3528859f29c5f6ee1e7c5092 | 2014/01/18-2014/02/14 |
| 128. | 67.170.161.21 | 13 (2010) | Video | be046ed20b048c4fb86e15838dd69dadb27c5e8a | 2014/01/20 |
| 129. | 67.170.161.21 | Sword.of.the.Stars.The.Pit.Gold.Edition-TiNYiSO | Software | c2d3296d3a2734d19ddaaccf7489f0bae7013c47 | 2014/01/20 |
| 130. | 67.170.161.21 | Filth.2013.KORSUB.HDRip.XviD.MP3-RARBG | Video | 51267bc4f80d80b24a6c2b8e434d83e51fde71aa | 2014/01/21 |
| 131. | 67.170.161.21 | At Any Price (2012) | Video | 545e86ee680700a87caaa872d1292fc3f266546c | 2014/01/21 |
| 132. | 67.170.161.21 | BS.Player Pro v2.63.1071 + Serials [ChattChitto RG].rar | Software | 8ef121e4818dda8f2b4f4ef1c5887117ad34378f | 2014/01/21 |
| 133. | 67.170.161.21 | [www.OurRelease.org] Talking.Dead.S03E06.HDTV.x264-2HD | TV Series | be04643022ad197efc2ebc284f3afae94cdb9a4f | 2014/01/21 |
| 134. | 67.170.161.21 | The.New.Republic.2013.HDRip.XviD-AQOS | Video | 5c087a7faf7a15ce81039d2555b47e7a26395202 | 2014/01/21-2014/01/24 |

| # | IP | Title | Type | Hash | Date |
|---|---|---|---|---|---|
| 135. | 67.170.161.21 | Wifi Decoder-Plus.Latest[Updated] | Software | 60f8144960a93094039fbec75877e28cb7e69fd1 | 2014/01/22 |
| 136. | 67.170.161.21 | The Hobbit An Unexpected Journey (2012) | Video | 0671b1402f497b71867ab54b5a404dc91a20047e | 2014/01/22-2014/01/24 |
| 137. | 67.170.161.21 | VA - Greatest Songs Ever - Gypsyland | Audio | 8ef1c0530e983d635d8642358dd2cc2383f40309 | 2014/01/22-2014/01/26 |
| 138. | 67.170.161.21 | Empire State (2013) | Video | 89acacccb819c0681a3cac385ad085f11aead994 | 2014/01/22-2014/02/13 |
| 139. | 67.170.161.21 | Adobe Acrobat XI Pro 11.0.0 Multilanguage (Cracked dll ) [ChingLiu] | Software | eb557c1f5887574cebbb03f28ba5cc3d49bce3a4 | 2014/01/23 |
| 140. | 67.170.161.21 | Windows 7 SP1 AIO x86 en-US USB3 IE11 Baseline v2 | Software | c89c0556c8c01b0e1d0342a906c843d2b7f46e12 | 2014/01/24-2014/02/10 |
| 141. | 67.170.161.21 | SolSuite Solitaire 2014 14.0 + Graphics-Pack (THETA) [ChingLiu] | Software | 4320707ab65dce236b98fb86fb349385008e8cb0 | 2014/01/24-2014/02/15 |
| 142. | 67.170.161.21 | Filth (2013) | Video | 4eae6eb76896e782ae11f68c1d44e9307f7a4244 | 2014/01/24-2014/02/15 |
| 143. | 67.170.161.21 | VA - Greatest Songs Ever - Spain | Audio | 88ca2704c44e4ab86fad40017e685296394f8006 | 2014/01/25-2014/02/05 |
| 144. | 67.170.161.21 | Google Earth PRO 7.1.2.2019 Final by shiraz ahmed | Software | ea54be2c213698ff4e7b2023eed1453729fb7f88 | 2014/01/25-2014/02/12 |
| 145. | 67.170.161.21 | dr_mary_s_monkey_edward_t_haslam.epub | eBook | 76814e4b06185eb39b9ad4ed1d3089811377a289 | 2014/01/25-2014/02/15 |
| 146. | 67.170.161.21 | VA - Greatest Songs Ever - Ireland | Audio | b4fcdf820988c60514a1c33f6c8dc2d15a0c7f2e | 2014/01/26 |
| 147. | 67.170.161.21 | The.Numbers.Station.2012.BRRip XViD juggs | Video | 590354026de46d58d43f0158bcb499c558f04e7c | 2014/01/27-2014/01/30 |
| 148. | 67.170.161.21 | Afternoon Delight 2013 BRRIP x264 AC3 TiTAN | Video | 502064faecb8bb22ec18ac4d69c532d035fdb561 | 2014/01/27-2014/02/01 |
| 149. | 67.170.161.21 | Norton Internet Security 2014 [PL] [Trial Reset] [180]-POAL | Software | 4eae6b56600d30ebb5773e03cab58656fe951c3c | 2014/01/28 |
| 150. | 67.170.161.21 | Vendetta (2013) | Video | 6a9a962e9b5bc4f7f8c6c872bdf66a7ef2e1240e | 2014/01/28-2014/02/11 |
| 151. | 67.170.161.21 | Wills & Trusts Kit for Dummies(BBS).pdf | eBook | 1db4210ddbee9ec4557aa11fe376fe51dcc6e19b | 2014/01/29-2014/02/08 |
| 152. | 67.170.161.21 | Meditation and Hypnosis.pdf | eBook | eb1b75d4cded5278f304d50470dc94237f3e8073 | 2014/01/29-2014/02/18 |
| 153. | 67.170.161.21 | Last Vegas (2013) | Video | aae2ff1a34a47f96905b64e7cac4731640900ccc | 2014/01/30-2014/02/15 |
| 154. | 67.170.161.21 | God Bless America (2011) | Video | 9683b8a88ff6ddc69aa28ceffd9c6d9dcac69b53 | 2014/01/31 |

| | | | | | |
|---|---|---|---|---|---|
| 155. | 67.170.161.21 | Welcome.To.The.Jungle.2013.LiMiTED.DVDRip.x264-EXViD | Video | c15d3d883042ff90e231f2c62416607aa9c50a15 | 2014/01/31-2014/02/14 |
| 156. | 67.170.161.21 | Black Swan - Siyah Kuğu 2010 720p DUAL.mkv | Video | 7da4b2a16ceac59b13d9adc6c3fff5df85e407a3 | 2014/01/31-2014/02/19 |
| 157. | 67.170.161.21 | The Damnation Of A Nation - Dr Peter S Ruckman.pdf | eBook | 7881cdf083f94f2a4d7528e6cafb77d723d13118 | 2014/02/01-2014/02/15 |
| 158. | 67.170.161.21 | The Power Of Negative Thinking - Dr Peter S Ruckman.pdf | eBook | 78fd3ea3a3df8f11fba0292a5d184eecdab4cdc5 | 2014/02/01-2014/02/16 |
| 159. | 67.170.161.21 | ZEMBLA - Gek van geluk.mp4 | TV Series | 0c7f127e59a55d9071ca58a6d2a45f56c08b0045 | 2014/02/02-2014/02/06 |
| 160. | 67.170.161.21 | idoo Video Editor Pro 2.6.0 | Software | eb1b74b425c83c347c636da0bb9637f138a96b64 | 2014/02/02-2014/02/08 |
| 161. | 67.170.161.21 | Inequality for All (2013) | Video | 8526b75c72d56c78a5b6e31c3aeddb6902a5700c | 2014/02/02-2014/02/15 |
| 162. | 67.170.161.21 | Two Cheers for Anarchism Six Easy Pieces on Autonomy, Dignity, and Meaningful Work and Play - James C Scott.pdf | eBook | dc37da4b417cfedf08344d1549fea6b770f130a3 | 2014/02/02-2014/02/16 |
| 163. | 67.170.161.21 | Seven Psychopaths (2012) | Video | 447b0569f116dd72976dc0960b92da39e0e2f001 | 2014/02/03-2014/02/06 |
| 164. | 67.170.161.21 | Sex Drive (2008) | Video | a6ac9fb2ba04d030406caa0a9a2dd65eeb402483 | 2014/02/03-2014/02/11 |
| 165. | 67.170.161.21 | The To Do List (2013) | Video | a85eeb04238907014749f0f4618ac913648a019b | 2014/02/03-2014/02/14 |
| 166. | 67.170.161.21 | Malwarebytes Anti-Malware PRO 1.75.0.1300 Final Multilanguage Incl Serial - SceneDL | Software | 7ed6275d65769fe7bbd5e48ffd675068375c812d | 2014/02/04-2014/02/10 |
| 167. | 67.170.161.21 | The Wolf of Wall Street (2013) 720p HQSCR x264-CPG | Video | 3c402bd649626a74578f0defb09bf3ccf646c254 | 2014/02/04-2014/02/14 |
| 168. | 67.170.161.21 | Her.2013 WEBScr.x264 Ac3-MiLLENiUM | Video | e1031508fff42a92239bfc5e77c339d2e6c22ed9 | 2014/02/04-2014/02/16 |
| 169. | 67.170.161.21 | The Man From Nowhere (2010) | Video | 86a4745c4fff731cb01285cfc52afa76d98e8960 | 2014/02/05 |
| 170. | 67.170.161.21 | 21 Grams (2003) | Video | 80b6d0c377759cb988ce2a0d50387fd1ead43171 | 2014/02/06 |
| 171. | 67.170.161.21 | Cannon Man Adventure Game Free Download New 2013 ____ | Software | 86a47119fcba47c6af2a1e5dadaefa097bd74dbd | 2014/02/06 |
| 172. | 67.170.161.21 | Pirates of the Caribbean - Dead Man's Chest (2006) | Video | e15fdf62097f2d687ac25e6922c848406065a825 | 2014/02/06 |
| 173. | 67.170.161.21 | Back in the Day (I) (2014).rar | Video | 43206d1bba2ac7525848433fdde4505eebe59b72 | 2014/02/06-2014/02/10 |
| 174. | 67.170.161.21 | 12.Years.a.Slave.2013.720p.DVDSCR.999MB.ShAaNiG.mkv | Video | 721105dc31fd835513ab0ca3aa6cf7c07b8c6060 | 2014/02/07- |

| | | | | | | 2014/02/15 |
|---|---|---|---|---|---|---|
| 175. | 67.170.161.21 | Self-Hypnosis And Subliminal Technology.pdf | eBook | c3e77acd2b1b2eecf46d1a1d5303f52b50ffbc78 | | 2014/02/09 |
| 176. | 67.170.161.21 | The Company You Keep (2012) | Video | 401fd6fea9ab68cb84ebf5f30359530558a688d1 | | 2014/02/10-2014/02/15 |
| 177. | 67.170.161.21 | WWE.Raw.08.29.05.TOBY-XVID | TV Series | 611b698b68f280852d82b4922a7113248c797ae2 | | 2014/02/10-2014/02/15 |
| 178. | 67.170.161.21 | The Master (2012) | Video | fd5ab08e55a2fe23b47810e09d0d85ce7c6e31b7 | | 2014/02/10-2014/02/15 |
| 179. | 67.170.161.21 | The Book Thief [2013] DVDScr XviD-SaM[ETRG] | Video | 6595ebfc003c29448a6facbc1146579c039f3683 | | 2014/02/12-2014/02/15 |
| 180. | 67.170.161.21 | Saving Mr.Banks [2013] DVDSCr XviD-SaM[ETRG] | Video | f973df5c1eec570f9c9a3164a2fe5e38474e54b1 | | 2014/02/12-2014/02/15 |
| 181. | 67.170.161.21 | Enough Said (2013) | Video | cef3dcc741ddbaf8c975b303ff62d0908cbb34b0 | | 2014/02/13-2014/02/14 |
| 182. | 67.170.161.21 | Le.Week-End.2013.BDRip.x264-AN0NYM0US[rarbg] | Video | 14157b96cf62bd9b8cf72b36899080c7091d76e7 | | 2014/02/13-2014/02/15 |
| 183. | 67.170.161.21 | Nebraska (2013) | Video | d1f87a13f66909dcb58ec23ee2db8bf1e9bf4186 | | 2014/02/13-2014/02/16 |
| 184. | 67.170.161.21 | Still Mine (2012) | Video | e4e46141df1078da1c2ee31bbbe81b5f9af11de2 | | 2014/02/14 |
| 185. | 67.170.161.21 | Compliance (2102) | Video | e7f158c217f51bd800172ed7831900d9b5b5f4b8 | | 2014/02/14 |
| 186. | 67.170.161.21 | Date Night (2010) | Video | 541f9e3e87ccfde9e59be87c879052aaa5765506 | | 2014/02/15 |
| 187. | 67.170.161.21 | 007 facebook hack v1.0[Trusted Torrent] .rar.rar | Software | 6b9615c8a632312eb52f574f645c33bd96ad34e4 | | 2014/02/15 |
| 188. | 67.170.161.21 | The.Secret.Life.of.Walter.Mitty.DVDScr.READNFO.XVID-BBK | Video | 6b961fed68e564fd8aff3b40367151dfc171ccc9 | | 2014/02/15-2014/02/16 |
| 189. | 67.170.161.21 | Lightbulb (2009) | Video | 93817223a06fa2d155d73675ce23a0fe37099222 | | 2014/02/15-2014/02/16 |
| 190. | 67.170.161.21 | Jackass Presents Bad Grandpa (2013) | Video | c3d6b8ef7df03b68a976c06516eb6cfa6b2dc808 | | 2014/02/15-2014/02/16 |
| 191. | 67.170.161.21 | Away from the Sun | Audio | 4ec7c2b9caae4ea5fd74f2b610f1d6d7c9a02a29 | | 2014/02/16 |
| 192. | 67.170.161.21 | American.Hustle.2013.DVDSCR.x264.AC3-FooKaS | Video | b4289d0e7ba8acaf02d7b742292758b69c4bf4cb | | 2014/02/18-2014/02/19 |