Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **VOLTAGE PICTURES, LLC**, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>**DOE-21**, a/k/a IP 67.170.161.21,<br><br>    Defendant. | Case No.: 6:14-cv-00301-MC<br><br>PLAINTIFFS' RULE 7.1 DISCLOSURE |

PLAINTIFFS' RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiffs each state they do not have a parent corporation and no publicly held corporation owns 10% or more of their stock.

 DATED: February 21, 2014

/s/  Carl D. Crowell
Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
(503) 581-1240
Of attorneys for plaintiffs