Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **VOLTAGE PICTURES, LLC,** et al.<br><br>        Plaintiffs,<br><br>v.<br><br>**DOE-21**,<br>a/k/a IP 67.170.161.21 ,<br><br>        Defendant. | Case No.: 6:14-cv-00301-MC<br><br>PLAINTIFFS' EX PARTE MOTION TO EXPEDITE DISCOVERY |

**PLAINTIFF'S *EX PARTE* MOTION TO EXPEDITE DISCOVERY**

    Pursuant to Federal Rule of Civil Procedure 26 and 45, plaintiffs move the Court *ex parte* for an order permitting plaintiffs to take limited discovery to ascertain the identity of the defendant affiliated with IP address 67.170.161.21 identified in the complaint, prior to the Rule 26(f) conference for the reasons stated in the accompanying Memorandum of Law.

    Plaintiffs request a hearing on this matter on an expedited basis.

DATED: February 21, 2014

                                                        /s/ Carl D. Crowell
                                                        Carl D. Crowell, OSB No. 982049
                                                        email: crowell@kite.com
                                                         (503) 581-1240
                                                         Of attorneys for plaintiffs