Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **VOLTAGE PICTURES, LLC**, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>**DOE-21**, a/k/a IP 67.170.161.21,<br><br>    Defendant. | Case No.:  6:14-cv-00301-MC<br><br>PLAINTIFF'S MOTION FOR FRCP 16 / LR 16-2(c) CONFERENCE |

PLAINTIFF'S MOTION FOR FRCP 16 / LR 16-2(c) CONFERENCE

Pursuant to FRCP 16 and LR 16-2(c), plaintiffs request a conference with the court on the management of this and related litigation (6:14-cv-00300-AA).  Plaintiffs believe an early conference will provide more effective control and management of these proceedings and improve the quality of the trial.

 DATED: February 21, 2014

/s/  Carl D. Crowell
Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
(503) 581-1240
Of attorneys for plaintiffs