Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **VOLTAGE PICTURES, LLC,** et al. | Case No.:  6:14-cv-00301-AA |
| Plaintiffs, | Honorable Judge Ann L. Aiken |
| v. | PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND REPORT TO THE COURT |
| **DOE-21**, | |
| Defendant. | |

MOTION

Plaintiffs request an additional 45 days for the purpose of ascertaining the true identity of

defendant DOE-21, who is known to have used Internet Protocol ("IP") address 67.170.161.21 to

infringe the rights of the plaintiffs as alleged in the complaint.   This motion is made in

furtherance of the relief sought in plaintiffs' initial motion for expedited discovery (Dkt. 3) and

in accordance with the order granting plaintiffs' request for expedited discovery on April 21,

2014.  Dkt. 9.

To date plaintiffs have had no relevant contact from any party affiliated with IP address

67.170.161.21.

///

REPORT ON STATUS

Plaintiffs filed their complaint and requested expedited initial discovery on February 21. On April 21, 2014, this Court granted plaintiffs' motion to expedite discovery permitting plaintiffs to subpoena the records of Internet Service Provider (ISP) Comcast for information identifying parties affiliated with and responsible for the activity associated with IP address 67.170.161.21.  Dkt. 9.  A subpoena was then promptly served on Comcast.

Pursuant to 47 U.S.C. § 551(C)(2)(c), Comcast gives a subscriber notice prior to responding to a subpoena and an opportunity to object.   Based on standard timelines, it is estimated notice was delivered to the subscriber on or about May 5.  Granting the party 21 days to object would close the window for opposition on or about May 26, 2014.  Comcast then generally takes about two weeks to forward data in response to a subpoena absent opposition.

As of this date, plaintiffs have had no contact with or communication to or from any party claiming to be affiliated with IP address 67.170.161.21, nor have plaintiffs obtained any information that specifically identifies any party affiliated with IP address 67.170.161.21 beyond what was available at the time of filing plaintiffs' complaint.

For the reasons presented herein, plaintiffs request an additional 45 days to continue discovery and ascertain the true identity of the Doe-21 and for such other direction as the court deems proper.

DATED: May 27, 2014.

CROWELL LAW

/s/ Carl D. Crowell
Carl D. Crowell, OSB No. 982049
email:  crowell@kite.com
(503) 581-1240
Of attorneys for plaintiffs