|     | IP | Torrentname | Category | Date ▼ |
| --- | --- | --- | --- | --- |
| 1. | 67.170.161.21 | __Niezbędnik Systemu Windows 7 | Software | 2013/01/02 |
| 2. | 67.170.161.21 | Supergirl_015_(2013)_(digital)_(Megan-Empire).cbr | eBook | 2013/01/02 |
| 3. | 67.170.161.21 | Crazy Stupid Love 2011 [Eng] [DVDRip] Dual Audio - Voodoo | Video | 2013/01/02 |
| 4. | 67.170.161.21 | Jade Dynasty Madison.exe | Software | 2013/01/02 |
| 5. | 67.170.161.21 | Kaspersky9.1 + Key.rar | Software | 2013/01/02 |
| 6. | 67.170.161.21 | SQL_Serv_2k_SP3.iso | Software | 2013/01/04-2013/01/22 |
| 7. | 67.170.161.21 | The Canadian Tenors - Lead With Your Heart 2013 Full Album | Audio | 2013/01/07 |
| 8. | 67.170.161.21 | Piano For All - The Ingenious New Way to Learn Piano and Keyboard Interactive Tutorial Video | eBook | 2013/01/07-2013/01/10 |
| 9. | 67.170.161.21 | Intuit TurboTax Home and Business v2012 Lz0 | Software | 2013/01/11 |
| 10. | 67.170.161.21 | Tower Heist [2012]BRRip XviD-ETRG | Video | 2013/01/13 |
| 11. | 67.170.161.21 | Mike & Molly S03E05 HDTV x480 XviD LOL | TV Series | 2013/01/13 |
| 12. | 67.170.161.21 | Why Women Have Sex - Understanding Sexual Motivations from Adventure to Revenge (Pdf,Epub,Mobi) - Mantesh | eBook | 2013/01/14-2013/01/21 |
| 13. | 67.170.161.21 | American.Chopper.Senior.vs.Junior.S04E07 | TV Series | 2013/01/16-2013/02/09 |
| 14. | 67.170.161.21 | Paranormal.Activity.4.2012.DVDRip.XviD.PTpOWeR.avi | Video | 2013/01/18 |
| 15. | 67.170.161.21 | G_P_C_20_12_2012.pdf | eBook | 2013/01/18 |
| 16. | 67.170.161.21 | Robert Palmer - Sweet Lies [promo].mp4 | Video | 2013/01/25 |
| 17. | 67.170.161.21 | Dallas.(2012).S02E03.Sins.of.the.Father.HDTV.XviD-ASAP[ettv].[NL] | TV Series | 2013/01/25-2013/02/09 |
| 18. | 67.170.161.21 | Zoner Photo Studio 15.0.1.3.rar | Software | 2013/01/26 |
| 19. | 67.170.161.21 | Microsoft Office 2013 professional plus_x32x64-keys | Software | 2013/01/26-2013/02/02 |
| 20. | 67.170.161.21 | Avatar.2.DVDRip.XviD-AXXP.avi | Video | 2013/02/07 |
| 21. | 67.170.161.21 | elder scrolls skyrim | Software | 2013/02/07 |
| 22. | 67.170.161.21 | Karaoke TU101-110 | Audio | 2013/02/09 |
| 23. | 67.170.161.21 | [ www.TorrentDay.com ] - Ghost.Adventures.S07E13.Crazy.Town.HDTV.XviD-AFG | TV Series | 2013/03/06 |
| 24. | 67.170.161.21 | Google Earth Plus v6.0.3.2197 + crack | Software | 2013/04/02-2014/01/16 |
| 25. | 67.170.161.21 | DVDFab v9.0.2.6 - Final - PreActivated | Software | 2013/04/03-2013/04/14 |
| 26. | 67.170.161.21 | WinRAR 4.20 Final (x86 + x64) Pre-Registered [Dark-Red] | Software | 2013/04/08-2014/01/15 |
| 27. | 67.170.161.21 | Garmin CN Europe NT 2013.40 Mapsource Unlocked | Software | 2013/04/14 |
| 28. | 67.170.161.21 | Google Earth PRO 7.0.2.8542 Final Portable [ChingLiu] | Software | 2013/04/15-2014/01/18 |
| 29. | 67.170.161.21 | [ www.TorrentDay.com ] - Suits.S02E05.PROPER.HDTV.XviD-AFG | TV Series | 2013/04/17 |
| 30. | 67.170.161.21 | Lincoln (2012) DVD rip x264 AAC 5.1-LMAO | Video | 2013/04/28-2013/06/15 |
| 31. | 67.170.161.21 | Iron Sky alternative | Video | 2013/04/28-2013/12/04 |

| | | | | |
|---|---|---|---|---|
| 32. | 67.170.161.21 | Californication.S06.DVO.Jimmy.J.HDTVRip.720p | TV Series | 2013/04/29 |
| 33. | 67.170.161.21 | AnyDVD HD v7.1.8.0 FINAL [Multilenguaje][WwW.LoKoTorrents.CoM] | Software | 2013/05/04-2013/06/02 |
| 34. | 67.170.161.21 | Windows 7 X4 (New Edition Jan 2013) X86 Full Activated (AmbalaGurpreet) | Software | 2013/05/06 |
| 35. | 67.170.161.21 | Wiz Khalifa - O.N.I.F.C. (iTunes Deluxe Version) 2012 320kbps CBR MP3 [VX][P2PDL] | Software | 2013/05/08 |
| 36. | 67.170.161.21 | Faster We Burn | eBook | 2013/05/12 |
| 37. | 67.170.161.21 | MRI5.7.1.iso | Software | 2013/05/13-2014/01/05 |
| 38. | 67.170.161.21 | The Kontrol Trilogy (2013) {Martin P. Keerns} | eBook | 2013/05/13-2014/01/21 |
| 39. | 67.170.161.21 | Dirty Wars- The World is a Battlefield- Jeremy Scahill | eBook | 2013/06/07-2014/01/20 |
| 40. | 67.170.161.21 | When Technology Fails - A Manual for Self Reliance and Planetary Survival.pdf | eBook | 2013/07/10-2014/01/13 |
| 41. | 67.170.161.21 | 31_2011_SW_Guide.pdf | eBook | 2013/07/10-2014/01/18 |
| 42. | 67.170.161.21 | The Road To Guantanamo. 2006 | Video | 2013/07/16-2013/07/21 |
| 43. | 67.170.161.21 | Songs of Fox Hollow | Audio | 2013/07/21 |
| 44. | 67.170.161.21 | The.Amazing.Spider-Man.2012.BDRip.1080p.mkv | Video | 2013/07/24 |
| 45. | 67.170.161.21 | Windows 8 Personalization Unlocker + Activator @ Only Upload Mughal | Software | 2013/08/14-2013/08/18 |
| 46. | 67.170.161.21 | Windows-8 activator by munish83.rar | Software | 2013/08/15-2013/08/18 |
| 47. | 67.170.161.21 | [ www.Torrenting.com ] - Mud.2012.BDRip.XviD.AC3-EMBER | Video | 2013/08/22 |
| 48. | 67.170.161.21 | The Experiment | Video | 2013/09/10-2013/10/27 |
| 49. | 67.170.161.21 | A Dangerous Method 2011 CaM XviD-INFERNO | Video | 2013/09/13-2014/01/21 |
| 50. | 67.170.161.21 | MAX PAYNE-DINOISO CRACK 2012..rar | Software | 2013/09/14 |
| 51. | 67.170.161.21 | Lonely Planet South America on a Shoestring 10th Edition 2007 | eBook | 2013/09/20-2013/11/10 |
| 52. | 67.170.161.21 | salt sugar fat.epub | eBook | 2013/10/21-2014/01/14 |
| 53. | 67.170.161.21 | DBGT DVD 1furia da rede.iso | Video | 2013/11/07 |
| 54. | 67.170.161.21 | AnyDVD & AnyDVD HD 7.3.6.0 Final ML + Key - SceneDL (PimpRG) | Software | 2013/11/10-2014/02/19 |
| 55. | 67.170.161.21 | Windows 98 Eerste Editie Nederlands CD-Image + key + Boot floppy | Software | 2013/11/11 |
| 56. | 67.170.161.21 | WinX-DVD-Ripper-Platinum-7.3.0-Build-20130819+Keygen | Software | 2013/11/11-2013/12/08 |
| 57. | 67.170.161.21 | Deadly Pledge 2011 FRENCH DVDRIP XVID-FwD | Video | 2013/11/12 |
| 58. | 67.170.161.21 | Kjell H?glund - Live i Eskilstuna 2005 | Audio | 2013/11/19 |
| 59. | 67.170.161.21 | smartpic-3.5m | Software | 2013/11/22-2013/12/24 |
| 60. | 67.170.161.21 | How to Be Invisible -The Essential Guide to Protecting Your Personal Privacy, Your Assets, and Your Life -Mantesh | eBook | 2013/11/22-2014/01/12 |
| 61. | 67.170.161.21 | Pepakura Designer 3 1 2 Final Incl Serials | Software | 2013/12/18 |
| 62. | 67.170.161.21 | Orcs Must Die 2-FLT | Software | 2013/12/19-2014/01/08 |
| 63. | 67.170.161.21 | [ www.UsaBit.com ] - The Butterfly Effect (2004) BluRay 720p 800MB Ganool.mkv | Video | 2013/12/26-2013/12/28 |

| | | | | |
|---|---|---|---|---|
| 64. | 67.170.161.21 | Clonecd 5 3 1 4 Final Crack | Software | 2013/12/26-2014/01/20 |
| 65. | 67.170.161.21 | HD video converter+serial number.rar | Software | 2013/12/27-2014/01/21 |
| 66. | 67.170.161.21 | How to Make Money Selling Drugs (2012) | Video | 2013/12/27-2014/01/26 |
| 67. | 67.170.161.21 | [RaX]Death_Note_-_03_-_Dealings_[x264_ogg]_[D834A458].mkv | Video | 2013/12/28 |
| 68. | 67.170.161.21 | The Big Bang Theory S6.E6 (xCrazy0328x) | TV Series | 2013/12/29 |
| 69. | 67.170.161.21 | Native Instruments Massive STANDALONE VSTi RTAS v2.2.0 x86 x64 | Software | 2013/12/29 |
| 70. | 67.170.161.21 | The Fountian (2004) | Video | 2013/12/30-2014/02/19 |
| 71. | 67.170.161.21 | WiFi Hack Tool For Android Mobiles 2013 | Software | 2014/01/01-2014/01/05 |
| 72. | 67.170.161.21 | A Bronx Tale (1993) | Video | 2014/01/01-2014/01/05 |
| 73. | 67.170.161.21 | The Ides of March (2011) | Video | 2014/01/01-2014/01/09 |
| 74. | 67.170.161.21 | gparted-live-0.16.2-11-amd64.iso | Software | 2014/01/02-2014/01/05 |
| 75. | 67.170.161.21 | Time Bandits (1981) | Video | 2014/01/02-2014/01/07 |
| 76. | 67.170.161.21 | Windows-8.1-Professional-IE11-Nov2013-Activated-x86x64-NASWARI | Software | 2014/01/03 |
| 77. | 67.170.161.21 | Harry Brown (2009) | Video | 2014/01/03-2014/01/07 |
| 78. | 67.170.161.21 | Suspension of Disbelief [2012] HDRip XViD-ETRG | Video | 2014/01/03-2014/01/12 |
| 79. | 67.170.161.21 | The Internship 2013 DVDRip Xvid-CM | Video | 2014/01/04 |
| 80. | 67.170.161.21 | The Best Of The 80er von A bis H | Audio | 2014/01/04 |
| 81. | 67.170.161.21 | TORRENT | Software | 2014/01/04-2014/01/05 |
| 82. | 67.170.161.21 | WWE.Friday.Night.Smackdown.(2011.08.19).2011.XviD.HDTVRip | Audio | 2014/01/05 |
| 83. | 67.170.161.21 | Unthinkable.2010.720p.x264.aac.mkv | Video | 2014/01/05 |
| 84. | 67.170.161.21 | Redemption 2013 BRRip XviD AC3-RARBG | Video | 2014/01/05-2014/01/11 |
| 85. | 67.170.161.21 | Side Effects (2013) | Video | 2014/01/06 |
| 86. | 67.170.161.21 | Captain Phillips (action) 2013 DVDRip.rar.rar | Video | 2014/01/06 |
| 87. | 67.170.161.21 | LOVE CRIME [2010] DVD Rip Xvid [StB] | Video | 2014/01/06-2014/01/11 |
| 88. | 67.170.161.21 | Gravity.2013.HDRip.XviD-AQOS | Video | 2014/01/07-2014/01/09 |
| 89. | 67.170.161.21 | Secrets of Money, Banking & Federal Reserve - Collection 4 | eBook | 2014/01/07-2014/02/15 |
| 90. | 67.170.161.21 | Die Welle | Video | 2014/01/08 |
| 91. | 67.170.161.21 | Big Brother - The Orwellian Nightmare Come True - Mark Dice.pdf | eBook | 2014/01/08-2014/01/12 |
| 92. | 67.170.161.21 | Safety.Not.Guaranteed.2012.LIMITED.DVDRip.XviD-SPARKS | Video | 2014/01/08-2014/01/26 |
| 93. | 67.170.161.21 | Before Midnight (2013) | Video | 2014/01/09-2014/01/11 |
| 94. | 67.170.161.21 | Prisoners (2013) | Video | 2014/01/09-2014/01/12 |
| 95. | 67.170.161.21 | PATH PES14&FIFA14.txt | Software | 2014/01/10 |
| 96. | 67.170.161.21 | The.Spectacular.Now.2013.HDRip.XviD-BS5 | Video | 2014/01/10 |
| 97. | 67.170.161.21 | Haris Alexiou - Sta Vimata Tis 1 (1990-2005 ) | Audio | 2014/01/10 |

| | | | | |
|---|---|---|---|---|
| 98. | 67.170.161.21 | [ www.UsaBit.com ] - All Is Lost (2013) 720p HDTV 700MB Ganool.mkv | Video | 2014/01/10-2014/01/11 |
| 99. | 67.170.161.21 | Star Trek Into Darkness [2013] BRRip XviD AC3-RARBG | Video | 2014/01/10-2014/01/23 |
| 100. | 67.170.161.21 | Adobe Photoshop CS6 13.1.2 Extended repack - P2P | Software | 2014/01/11 |
| 101. | 67.170.161.21 | musical-We Will Rock You.wmv | Audio | 2014/01/11 |
| 102. | 67.170.161.21 | Nero 7.5.1.1 Premium Reloaded Multilanguage + Keygen | Software | 2014/01/12 |
| 103. | 67.170.161.21 | Trojan Killer 2.1.7.5 Khansoft India | Software | 2014/01/12 |
| 104. | 67.170.161.21 | Alfa-Lydi.(Alphas).2011.Season.1.WEB-DLRip.rus.[LostFilm.TV] | TV Series | 2014/01/12 |
| 105. | 67.170.161.21 | Escape.Plan.2013.720p.HDRip.XviD.AC3-RARBG | Video | 2014/01/12 |
| 106. | 67.170.161.21 | We're the Millers (2013) | Video | 2014/01/12-2014/01/19 |
| 107. | 67.170.161.21 | Escape Plan 2013 HDRip x264 AAC-MiLLENiUM | Video | 2014/01/12-2014/01/22 |
| 108. | 67.170.161.21 | Don Jon (2013) | Video | 2014/01/12-2014/01/23 |
| 109. | 67.170.161.21 | Chennai Express (2013) - DVDRip - XviD - 1CDRip - [DDR] | Video | 2014/01/12-2014/01/24 |
| 110. | 67.170.161.21 | About Time (2013) | Video | 2014/01/12-2014/01/24 |
| 111. | 67.170.161.21 | Why Forgive multilanguage | eBook | 2014/01/12-2014/02/16 |
| 112. | 67.170.161.21 | Windows.7.SP1.ENG.x86-x64.ACTiVATED.iso | Software | 2014/01/13 |
| 113. | 67.170.161.21 | Baat Bann Gayi (2013) MP3 Movie Songs ~320Kbps by [sp_09]{Asian Torrenz} | Audio | 2014/01/13 |
| 114. | 67.170.161.21 | Windows 8.1 10in1 Retail FINAL+ KMS ACTIVATOR (New Server!) | Software | 2014/01/13-2014/01/18 |
| 115. | 67.170.161.21 | Parted Magic 2013-11-11 Partition Manager Disk Utilities | Software | 2014/01/13-2014/01/21 |
| 116. | 67.170.161.21 | Silver.Linings.Playbook.Jaybob.DVDRip.avi | Video | 2014/01/13-2014/02/10 |
| 117. | 67.170.161.21 | Death by 'Gun Control' - Zelman and Stevens.pdf | eBook | 2014/01/13-2014/02/15 |
| 118. | 67.170.161.21 | EASEUS Partition Master 9.3 Professional+Technican Edition+Key | Software | 2014/01/13-2014/02/21 |
| 119. | 67.170.161.21 | linuxmint-16-xfce-dvd-32bit.iso | Software | 2014/01/14-2014/02/15 |
| 120. | 67.170.161.21 | Deluxe Ultra Voice Changer V1 10 Android Debtpda | Software | 2014/01/15 |
| 121. | 67.170.161.21 | Adore (2013) | Video | 2014/01/16 |
| 122. | 67.170.161.21 | Nik Software Color Efex Pro 4 00 Rev 15202 Complete Edition X86 | Software | 2014/01/16 |
| 123. | 67.170.161.21 | The Place Beyond the Pines (2012) | Video | 2014/01/17-2014/01/21 |
| 124. | 67.170.161.21 | Grand_Corps_Malade-Funambule-(Edition_Collector)-2CD-FR-2013-SPANK | Audio | 2014/01/18 |
| 125. | 67.170.161.21 | Crystal Fairy (2013) | Video | 2014/01/18-2014/01/20 |
| 126. | 67.170.161.21 | Blue Jasmine (2013) | Video | 2014/01/18-2014/01/24 |
| 127. | 67.170.161.21 | The.Great.Beauty.2013.720p.BRRip.x264-Fastbet99 | Video | 2014/01/18-2014/02/14 |
| 128. | 67.170.161.21 | 13 (2010) | Video | 2014/01/20 |
| 129. | 67.170.161.21 | Sword.of.the.Stars.The.Pit.Gold.Edition-TiNYiSO | Software | 2014/01/20 |
| 130. | 67.170.161.21 | Filth.2013.KORSUB.HDRip.XviD.MP3-RARBG | Video | 2014/01/21 |
| 131. | 67.170.161.21 | At Any Price (2012) | Video | 2014/01/21 |

| | | | | |
|---|---|---|---|---|
| 132. | 67.170.161.21 | BS.Player Pro v2.63.1071 + Serials [ChattChitto RG].rar | Software | 2014/01/21 |
| 133. | 67.170.161.21 | [www.OurRelease.org] Talking.Dead.S03E06.HDTV.x264-2HD | TV Series | 2014/01/21 |
| 134. | 67.170.161.21 | The.New.Republic.2013.HDRip.XviD-AQOS | Video | 2014/01/21-2014/01/24 |
| 135. | 67.170.161.21 | Wifi Decoder-Plus.Latest[Updated] | Software | 2014/01/22 |
| 136. | 67.170.161.21 | The Hobbit An Unexpected Journey (2012) | Video | 2014/01/22-2014/01/24 |
| 137. | 67.170.161.21 | VA - Greatest Songs Ever - Gypsyland | Audio | 2014/01/22-2014/01/26 |
| 138. | 67.170.161.21 | Empire State (2013) | Video | 2014/01/22-2014/02/13 |
| 139. | 67.170.161.21 | Adobe Acrobat XI Pro 11.0.0 Multilanguage (Cracked dll ) [ChingLiu] | Software | 2014/01/23 |
| 140. | 67.170.161.21 | Windows 7 SP1 AIO x86 en-US USB3 IE11 Baseline v2 | Software | 2014/01/24-2014/02/10 |
| 141. | 67.170.161.21 | SolSuite Solitaire 2014 14.0 + Graphics-Pack (THETA) [ChingLiu] | Software | 2014/01/24-2014/02/15 |
| 142. | 67.170.161.21 | Filth (2013) | Video | 2014/01/24-2014/02/15 |
| 143. | 67.170.161.21 | VA - Greatest Songs Ever - Spain | Audio | 2014/01/25-2014/02/05 |
| 144. | 67.170.161.21 | Google Earth PRO 7.1.2.2019 Final by shiraz ahmed | Software | 2014/01/25-2014/02/12 |
| 145. | 67.170.161.21 | dr_mary_s_monkey_edward_t_haslam.epub | eBook | 2014/01/25-2014/02/15 |
| 146. | 67.170.161.21 | VA - Greatest Songs Ever - Ireland | Audio | 2014/01/26 |
| 147. | 67.170.161.21 | The.Numbers.Station.2012.BRRip XViD juggs | Video | 2014/01/27-2014/01/30 |
| 148. | 67.170.161.21 | Afternoon Delight 2013 BRRIP x264 AC3 TiTAN | Video | 2014/01/27-2014/02/01 |
| 149. | 67.170.161.21 | Norton Internet Security 2014 [PL] [Trial Reset] [180]-POAL | Software | 2014/01/28 |
| 150. | 67.170.161.21 | Vendetta (2013) | Video | 2014/01/28-2014/02/11 |
| 151. | 67.170.161.21 | Wills & Trusts Kit for Dummies(BBS).pdf | eBook | 2014/01/29-2014/02/08 |
| 152. | 67.170.161.21 | Meditation and Hypnosis.pdf | eBook | 2014/01/29-2014/02/18 |
| 153. | 67.170.161.21 | Last Vegas (2013) | Video | 2014/01/30-2014/02/15 |
| 154. | 67.170.161.21 | God Bless America (2011) | Video | 2014/01/31 |
| 155. | 67.170.161.21 | Welcome.To.The.Jungle.2013.LiMiTED.DVDRip.x264-EXViD | Video | 2014/01/31-2014/02/14 |
| 156. | 67.170.161.21 | Black Swan - Siyah Kuğu 2010 720p DUAL.mkv | Video | 2014/01/31-2014/02/19 |
| 157. | 67.170.161.21 | The Damnation Of A Nation - Dr Peter S Ruckman.pdf | eBook | 2014/02/01-2014/02/15 |
| 158. | 67.170.161.21 | The Power Of Negative Thinking - Dr Peter S Ruckman.pdf | eBook | 2014/02/01-2014/02/16 |
| 159. | 67.170.161.21 | ZEMBLA - Gek van geluk.mp4 | TV Series | 2014/02/02-2014/02/06 |
| 160. | 67.170.161.21 | idoo Video Editor Pro 2.6.0 | Software | 2014/02/02-2014/02/08 |
| 161. | 67.170.161.21 | Inequality for All (2013) | Video | 2014/02/02-2014/02/15 |
| 162. | 67.170.161.21 | Two Cheers for Anarchism Six Easy Pieces on Autonomy, Dignity, and Meaningful Work and Play - James C Scott.pdf | eBook | 2014/02/02-2014/02/16 |
| 163. | 67.170.161.21 | Seven Psychopaths (2012) | Video | 2014/02/03-2014/02/06 |
| 164. | 67.170.161.21 | Sex Drive (2008) | Video | 2014/02/03-2014/02/11 |

| | | | | |
|---|---|---|---|---|
| 165. | 67.170.161.21 | The To Do List (2013) | Video | 2014/02/03-2014/02/14 |
| 166. | 67.170.161.21 | Malwarebytes Anti-Malware PRO 1.75.0.1300 Final Multilanguage Incl Serial - SceneDL | Software | 2014/02/04-2014/02/10 |
| 167. | 67.170.161.21 | The Wolf of Wall Street (2013) 720p HQSCR x264-CPG | Video | 2014/02/04-2014/02/14 |
| 168. | 67.170.161.21 | Her.2013 WEBScr.x264 Ac3-MiLLENiUM | Video | 2014/02/04-2014/02/16 |
| 169. | 67.170.161.21 | The Man From Nowhere (2010) | Video | 2014/02/05 |
| 170. | 67.170.161.21 | 21 Grams (2003) | Video | 2014/02/06 |
| 171. | 67.170.161.21 | Cannon Man Adventure Game Free Download New 2013 ____ | Software | 2014/02/06 |
| 172. | 67.170.161.21 | Pirates of the Caribbean - Dead Man's Chest (2006) | Video | 2014/02/06 |
| 173. | 67.170.161.21 | Back in the Day (I) (2014).rar | Video | 2014/02/06-2014/02/10 |
| 174. | 67.170.161.21 | 12.Years.a.Slave.2013.720p.DVDSCR.999MB.ShAaNiG.mkv | Video | 2014/02/07-2014/02/15 |
| 175. | 67.170.161.21 | Self-Hypnosis And Subliminal Technology.pdf | eBook | 2014/02/09 |
| 176. | 67.170.161.21 | The Company You Keep (2012) | Video | 2014/02/10-2014/02/15 |
| 177. | 67.170.161.21 | WWE.Raw.08.29.05.TOBY-XVID | TV Series | 2014/02/10-2014/02/15 |
| 178. | 67.170.161.21 | The Master (2012) | Video | 2014/02/10-2014/02/15 |
| 179. | 67.170.161.21 | The Book Thief [2013] DVDScr XviD-SaM[ETRG] | Video | 2014/02/12-2014/02/15 |
| 180. | 67.170.161.21 | Saving Mr.Banks [2013] DVDSCr XviD-SaM[ETRG] | Video | 2014/02/12-2014/02/15 |
| 181. | 67.170.161.21 | Enough Said (2013) | Video | 2014/02/13-2014/02/14 |
| 182. | 67.170.161.21 | Le.Week-End.2013.BDRip.x264-AN0NYM0US[rarbg] | Video | 2014/02/13-2014/02/15 |
| 183. | 67.170.161.21 | Nebraska (2013) | Video | 2014/02/13-2014/02/16 |
| 184. | 67.170.161.21 | Still Mine (2012) | Video | 2014/02/14 |
| 185. | 67.170.161.21 | Compliance (2102) | Video | 2014/02/14 |
| 186. | 67.170.161.21 | Date Night (2010) | Video | 2014/02/15 |
| 187. | 67.170.161.21 | 007 facebook hack v1.0[Trusted Torrent] .rar.rar | Software | 2014/02/15 |
| 188. | 67.170.161.21 | The.Secret.Life.of.Walter.Mitty.DVDScr.READNFO.XVID-BBK | Video | 2014/02/15-2014/02/16 |
| 189. | 67.170.161.21 | Lightbulb (2009) | Video | 2014/02/15-2014/02/16 |
| 190. | 67.170.161.21 | Jackass Presents Bad Grandpa (2013) | Video | 2014/02/15-2014/02/16 |
| 191. | 67.170.161.21 | Away from the Sun | Audio | 2014/02/16 |
| 192. | 67.170.161.21 | American.Hustle.2013.DVDSCR.x264.AC3-FooKaS | Video | 2014/02/18-2014/02/19 |
| 193. | 67.170.161.21 | The Family (2013) | Video | 2014/02/25-2014/02/26 |
| 194. | 67.170.161.21 | Adult.World.2013.HDRip XViD juggs | Video | 2014/02/25-2014/04/05 |
| 195. | 67.170.161.21 | The Internship [2013] HDRip XViD-ETRG | Video | 2014/02/26-2014/02/28 |
| 196. | 67.170.161.21 | One Chance (2013) | Video | 2014/02/27 |
| 197. | 67.170.161.21 | Out of the Furnace (2013) | Video | 2014/02/27-2014/02/28 |

| | | | | |
|---|---|---|---|---|
| 198. | 67.170.161.21 | Vanderpump Rules S02E14 Lied HDTV Finale x264 PEPSI | TV Series | 2014/02/28 |
| 199. | 67.170.161.21 | 1CLICK DVD Copy Pro v4.3.2.0 Multilanguage (2-click run)(Registered) | Software | 2014/03/01-2014/06/03 |
| 200. | 67.170.161.21 | The Best Offer (2013) | Video | 2014/03/02 |
| 201. | 67.170.161.21 | This Is the End (2013) | Video | 2014/03/03-2014/03/04 |
| 202. | 67.170.161.21 | 1CLICK DVD COPY v5.9.7.8 (2-click run)(registred) | Software | 2014/03/04 |
| 203. | 67.170.161.21 | Philomena.2013.720p.HDRip.XviD.AC3-RARBG | Video | 2014/03/04 |
| 204. | 67.170.161.21 | The Monuments Men 2014 CAM x264 AC3 TiTAN | Video | 2014/03/05-2014/03/06 |
| 205. | 67.170.161.21 | The.Bag.Man.2014.HDRip.x264-AQOS | Video | 2014/03/05-2014/04/05 |
| 206. | 67.170.161.21 | Philomena 2013 DVDSCR XViD-NiNJA | Video | 2014/03/06-2014/03/07 |
| 207. | 67.170.161.21 | The Lego Movie 2014 DVDRip XviD-UNiQUE | Video | 2014/03/06-2014/04/05 |
| 208. | 67.170.161.21 | Delivery Man 2013 720p BluRay 750MB-Micromkv | Video | 2014/03/06-2014/04/05 |
| 209. | 67.170.161.21 | The.Turning.2013.BRRip.720p.x264.AAC-PRiSTiNE.[P2PDL] | Video | 2014/03/06-2014/04/05 |
| 210. | 67.170.161.21 | Starbuck (2011) 720p BRrip_ganool_sujaidr | Video | 2014/03/08 |
| 211. | 67.170.161.21 | Bad.Country.2014.STV.DVDRip.x264-EXViD | Video | 2014/03/09-2014/03/10 |
| 212. | 67.170.161.21 | [ www.UsaBit.com ] - The Hobbit: The Desolation of Smaug (2013) DVDScr 700MB Ganool.mkv | Video | 2014/03/09-2014/03/14 |
| 213. | 67.170.161.21 | August Osage County (2013) | Video | 2014/03/09-2014/04/05 |
| 214. | 67.170.161.21 | Grand.Piano.2013.HDRip.XviD.MP3-RARBG | Video | 2014/03/09-2014/04/05 |
| 215. | 67.170.161.21 | Lords.Of.London.2014.HDRip.x264.AC3-FooKaS | Video | 2014/03/09-2014/04/05 |
| 216. | 67.170.161.21 | Journey To The Center Of The Earth-Pt Br | Video | 2014/03/11 |
| 217. | 67.170.161.21 | Quicken WillMaker Plus 2013 .exe | Software | 2014/03/11-2014/03/14 |
| 218. | 67.170.161.21 | Burke.and.Hare.2010.BDRip.XviD-AMIABLE.[UsaBit.com] | Video | 2014/03/12 |
| 219. | 67.170.161.21 | The.Forbidden.Kingdom[2008]DvDrip-aXXo | Video | 2014/03/12-2014/03/13 |
| 220. | 67.170.161.21 | [ www.UsaBit.com ] - The.Sessions.2012.DVDSCR.XviD.AC3-NYDIC | Video | 2014/03/12-2014/03/14 |
| 221. | 67.170.161.21 | Life As We Know It (2010) | Video | 2014/03/13 |
| 222. | 67.170.161.21 | Secret Window (2004) | Video | 2014/03/13 |
| 223. | 67.170.161.21 | [ www.UsaBit.com ] - Inside Llewyn Davis 2013 WEBSCR x264 AAC-MiLLENiUM | Video | 2014/03/13-2014/03/14 |
| 224. | 67.170.161.21 | X-Men.Days.of.Future.Past.HDVD-Rips | Video | 2014/03/14 |
| 225. | 67.170.161.21 | [ UsaBit.com ] - The Deep Blue Sea (2011) DVDSCR 300MB - ThePecko.mkv | Video | 2014/03/15-2014/03/18 |
| 226. | 67.170.161.21 | Better Living Through Chemistry [2014] HDRip XViD juggs[ETRG] | Video | 2014/03/15-2014/04/05 |
| 227. | 67.170.161.21 | Cheap.Thrills.2013.LIMITED.BRRip.XviD.MP3-RARBG | Video | 2014/03/16 |
| 228. | 67.170.161.21 | 8.And.A.Half.1963.720p.BluRay.x264-PFa[rarbg] | Video | 2014/03/16 |
| 229. | 67.170.161.21 | The.Dinner.2013.BRRip.XviD.MP3-RARBG | Video | 2014/03/16-2014/04/05 |
| 230. | 67.170.161.21 | California.Scheming.2013.HDRip.XviD-RARBG | Video | 2014/03/16-2014/04/05 |

| | | | | |
|---|---|---|---|---|
| 231. | 67.170.161.21 | Veronica.Mars.2014.HDRip.XviD-EVO | Video | 2014/03/16-2014/04/05 |
| 232. | 67.170.161.21 | [FILEKING.PL] Mystery.2012.PL [AgusiQ] | Video | 2014/03/17 |
| 233. | 67.170.161.21 | The Imposter (2012) | Video | 2014/03/22-2014/03/23 |
| 234. | 67.170.161.21 | FL Studio Producer Edition 11.0.0 Final - R2R [ChingLiu] | Software | 2014/03/22-2014/04/27 |
| 235. | 67.170.161.21 | The Fifth Estate (2013) | Video | 2014/03/26-2014/03/27 |
| 236. | 67.170.161.21 | Quay.D.Orsay.2013.FRENCH.DVDRip.XviD-UTT | Video | 2014/03/26-2014/04/05 |
| 237. | 67.170.161.21 | GTA V [MULTI][ PC] [Region Free] [2DVDs] [ QUACK] | Software | 2014/03/27 |
| 238. | 67.170.161.21 | The Invisible Woman (2013) | Video | 2014/03/28-2014/04/05 |
| 239. | 67.170.161.21 | David Graeber - Debt__The_First_5_000_Years.pdf | eBook | 2014/03/29-2014/04/01 |
| 240. | 67.170.161.21 | Shadow Dancer 2012 VODRiP XViD 1MPERiUM | Video | 2014/03/30 |
| 241. | 67.170.161.21 | Snowpiercer.2013.720p.BluRay.900MB.ShAaNiG.com.mkv | Video | 2014/03/30-2014/04/05 |
| 242. | 67.170.161.21 | uTorrent 3 3 2 CAPTURE DIRECT DOWNLOAD | Software | 2014/03/31 |
| 243. | 67.170.161.21 | 360.2011.HDRip.XviD-ViP3R | Video | 2014/04/01 |
| 244. | 67.170.161.21 | Win Mac Torrent File | Software | 2014/04/01 |
| 245. | 67.170.161.21 | Freezer 2013 .zip | Video | 2014/04/02 |
| 246. | 67.170.161.21 | Breaking the Waves (1996) | Video | 2014/04/04 |
| 247. | 67.170.161.21 | Exit.33.2011.DVDSCR.XviD-SiC - [Www.Overget.Org] | Video | 2014/04/05 |
| 248. | 67.170.161.21 | This.Old.House.S34E13.Arlington.Italianate.Project.2014;.Getting.to.Level.HDTV.x264-BALLISTIC.2014 | TV Series | 2014/04/05 |
| 249. | 67.170.161.21 | Donnie Darko DIRECTORS CUT (2001) | Video | 2014/04/05 |
| 250. | 67.170.161.21 | How I Live Now (2013) | Video | 2014/04/05-2014/04/07 |
| 251. | 67.170.161.21 | Game.of.Thrones.S04.E01.720p.HDTV.x264.rar | TV Series | 2014/04/05-2014/04/16 |
| 252. | 67.170.161.21 | [ www.UsaBit.com ] - Muppets Most Wanted 2014 CAM XviD-HELLRAZ0R | Video | 2014/04/06 |
| 253. | 67.170.161.21 | Love Actually Soundtrack | Audio | 2014/04/06 |
| 254. | 67.170.161.21 | Notting Hill (1999) | Video | 2014/04/06-2014/05/06 |
| 255. | 67.170.161.21 | The.Secret.in.Their.Eyes.2009.720p.BluRay.x264.anoXmous | Video | 2014/04/07 |
| 256. | 67.170.161.21 | Flipped (2010) | Video | 2014/04/07-2014/04/08 |
| 257. | 67.170.161.21 | Sparks (2013) | Video | 2014/04/08-2014/04/09 |
| 258. | 67.170.161.21 | Stage Fright [2014] HDRip XViD juggs[ETRG] | Video | 2014/04/08-2014/04/10 |
| 259. | 67.170.161.21 | Run (2013) | Video | 2014/04/08-2014/05/06 |
| 260. | 67.170.161.21 | True Blood S06E02 HDTV x264.rar | TV Series | 2014/04/09 |
| 261. | 67.170.161.21 | The Cure 2014 720p BluRay x264 AAC - Ozlem | Video | 2014/04/11 |
| 262. | 67.170.161.21 | 3D.Printing.For.Dummies | eBook | 2014/04/11-2014/04/12 |
| 263. | 67.170.161.21 | For You They Signed - Marilyn Boyer.pdf | eBook | 2014/04/11-2014/05/24 |

| | | | | |
|---|---|---|---|---|
| 264. | 67.170.161.21 | 1CLICK DVD Copy Pro v4.3.0.7 (1-click run)(registered) | Software | 2014/04/13 |
| 265. | 67.170.161.21 | Dom Hemingway (2013) | Video | 2014/04/13 |
| 266. | 67.170.161.21 | The_Forgotten_Skills_of_Self-Sufficiency | eBook | 2014/04/13-2014/04/21 |
| 267. | 67.170.161.21 | The.Joy.of.Smoking.and.Salt.Curing.epub | eBook | 2014/04/13-2014/04/21 |
| 268. | 67.170.161.21 | TurboTax.2013.Deluxe | Software | 2014/04/13-2014/05/04 |
| 269. | 67.170.161.21 | [ www.UsaBit.com ] - Hateship Loveship (2013) 720p WEB-DL 650MB Ganool.mkv | Video | 2014/04/13-2014/05/24 |
| 270. | 67.170.161.21 | [ www.UsaBit.com ] - The Employer (2013) 720p WEB-DL 650MB Ganool.mkv | Video | 2014/04/13-2014/06/01 |
| 271. | 67.170.161.21 | A Walk to Remember (2002) | Video | 2014/04/14-2014/04/15 |
| 272. | 67.170.161.21 | [ www.UsaBit.com ] - A Thousand Times Good Night (2013) BluRay 720p 750MB Ganool.mkv | Video | 2014/04/14-2014/05/24 |
| 273. | 67.170.161.21 | Never again | eBook | 2014/04/15 |
| 274. | 67.170.161.21 | [ www.UsaBit.com ] - love.tomorrow.2012.dvdrip.x264-redblade.mkv | Video | 2014/04/16-2014/04/21 |
| 275. | 67.170.161.21 | The Physician (2013) | Video | 2014/04/16-2014/05/06 |
| 276. | 67.170.161.21 | [ www.UsaBit.com ] - The.Ultimate.Life.2013.LIMITED.DVDRip.x264-SNOW | Video | 2014/04/16-2014/05/07 |
| 277. | 67.170.161.21 | The.Auction.2013.BDRip.x264-RedBlade[rarbg] | Video | 2014/04/20-2014/04/21 |
| 278. | 67.170.161.21 | Best.Kept.Secret.2013.HDRip.XviD.MP3-RARBG | Video | 2014/04/20-2014/04/21 |
| 279. | 67.170.161.21 | The Railway Man (2013) | Video | 2014/04/20-2014/04/21 |
| 280. | 67.170.161.21 | Tenebrae.1982.REMASTERED.BDRiP.x264-LiViDiTY[rarbg] | Video | 2014/04/21 |
| 281. | 67.170.161.21 | The.Rocket.2013.BRRip.XviD.MP3-RARBG | Video | 2014/04/21 |
| 282. | 67.170.161.21 | [ www.UsaBit.com ] - Zaytoun (2012) DVDRip 450MB Ganool.mkv | Video | 2014/04/21 |
| 283. | 67.170.161.21 | [ www.UsaBit.com ] - An Officer and a Murderer (2012) 720p WEB-DL 650MB Ganool.mkv | Video | 2014/04/21-2014/04/22 |
| 284. | 67.170.161.21 | When.Jews.Were.Funny.2013.DVDRip.x264-PHOBOS[rarbg] | Video | 2014/04/21-2014/05/06 |
| 285. | 67.170.161.21 | [ www.UsaBit.com ] - Jack Irish Dead Point (2014) 720p WEB-DL 600MB Ganool.mkv | Video | 2014/04/21-2014/05/06 |
| 286. | 67.170.161.21 | [ www.UsaBit.com ] - Mr.Hublot.2013.HDRip.x264.AAC-Eko | Video | 2014/04/21-2014/05/06 |
| 287. | 67.170.161.21 | Leave.The.World.Behind.2014.HDRip.XviD.AC3-RARBG | Video | 2014/04/21-2014/05/06 |
| 288. | 67.170.161.21 | Subway Surfers (2014) January !PC! | Software | 2014/04/22 |
| 289. | 67.170.161.21 | Byzantium The Lost Empire - John Romer (Complete) | Video | 2014/04/22-2014/04/26 |
| 290. | 67.170.161.21 | Main Events Of Indian History By R. N. Sharma ABEE | eBook | 2014/04/22-2014/05/06 |
| 291. | 67.170.161.21 | Vikings.S01E04.HDTV.XviD-AFG | TV Series | 2014/04/23 |
| 292. | 67.170.161.21 | Vikings S01E01 REPACK HDTV x264-2HD[ettv] | TV Series | 2014/04/23 |
| 293. | 67.170.161.21 | Chill Out Piano Blues (2014)[Mp3][www.lokotorrents.com] | Audio | 2014/04/23-2014/04/26 |
| 294. | 67.170.161.21 | James_Hilton_-_Addio_Mister_Chips.epub | eBook | 2014/04/24 |
| 295. | 67.170.161.21 | Istanbul Oriental Ensemble - Sultan's secret door (1997) | Audio | 2014/04/25 |

| | | | | |
|---|---|---|---|---|
| 296. | 67.170.161.21 | That Awkward Moment (2014) | Video | 2014/04/25-2014/04/26 |
| 297. | 67.170.161.21 | Pure Bliss Vocals - Chill Out Edition (2013) MP3 | Audio | 2014/04/25-2014/04/26 |
| 298. | 67.170.161.21 | Kid Cannabis [2014] HDRip XviD-SaM[ETRG] | Video | 2014/04/26 |
| 299. | 67.170.161.21 | [ www.UsaBit.com ] - Imagine 2012 DVDRiP x264-PSiG .mkv | Video | 2014/04/26-2014/05/03 |
| 300. | 67.170.161.21 | [ www.UsaBit.com ] - For Those In Peril 2013 DVDRIP XVID AC3 D3LBOY | Video | 2014/04/26-2014/05/06 |
| 301. | 67.170.161.21 | [ www.UsaBit.com ] - The.Wall.2012.DVDRip.x264-RedBlade | Video | 2014/04/26-2014/05/06 |
| 302. | 67.170.161.21 | Midnight Express.1978.720p.BluRay.x264-VLiS | Video | 2014/04/27-2014/04/30 |
| 303. | 67.170.161.21 | An Angel at My Table (1990) | Video | 2014/04/28 |
| 304. | 67.170.161.21 | Blue.Ruin.2013.HDRip.XviD.MP3-RARBG | Video | 2014/04/28-2014/04/29 |
| 305. | 67.170.161.21 | Anoushka Shankar - Traces of You 2013 320kbps CBR MP3 [VX] [P2PDL] | Audio | 2014/04/28-2014/04/30 |
| 306. | 67.170.161.21 | Devil's Knot 2014 English Movies HDRip XViD New Source with Sample ~ ☻ rDX ☻ | Video | 2014/04/29 |
| 307. | 67.170.161.21 | The Monuments Men (2014) | Video | 2014/05/02 |
| 308. | 67.170.161.21 | The Art of Baking Bread | eBook | 2014/05/02-2014/05/04 |
| 309. | 67.170.161.21 | New Artisan Bread in Five Minutes a Day [Epub & Mobi] [StormRG] | eBook | 2014/05/02-2014/05/05 |
| 310. | 67.170.161.21 | Home Baked Bread Recipes - Beyond the Basic Loaf - EPUB - WD | eBook | 2014/05/02-2014/05/06 |
| 311. | 67.170.161.21 | [ www.UsaBit.com ] - Girl.On.A.Bicycle.2013.DVDRip.XviD-AQOS | Video | 2014/05/02-2014/06/01 |
| 312. | 67.170.161.21 | Bread making | eBook | 2014/05/03 |
| 313. | 67.170.161.21 | Peter Reinhart's Artisan Breads Every Day - Fast And Easy Recipes For World Class Breads (Best Bread Baking Book Ever With New Methods) | eBook | 2014/05/03 |
| 314. | 67.170.161.21 | LAH001AVI | Video | 2014/05/03-2014/05/04 |
| 315. | 67.170.161.21 | Driver Genius Pro v12.0.0.1306 - Final + Crack ADMIN_CRACK | Software | 2014/05/04 |
| 316. | 67.170.161.21 | Camaron con Paco de Lucia y Tomatito - Calle Real 1983 2005 - 320Kbps - Flamenco, Latino # DrBn | Audio | 2014/05/04-2014/05/06 |
| 317. | 67.170.161.21 | [ www.UsaBit.com ] - Honour 2014 DVDRIP Xvid AC3-BHRG | Video | 2014/05/04-2014/05/06 |
| 318. | 67.170.161.21 | Bread Baker's Bible Traditional Bread Recipes From Around the World | eBook | 2014/05/05 |
| 319. | 67.170.161.21 | [ www.UsaBit.com ] - Whitewash.2013.HDRip.XviD.MP3-RARBG | Video | 2014/05/05-2014/05/06 |
| 320. | 67.170.161.21 | The Grand Budapest Hotel (2014) | Video | 2014/05/06 |
| 321. | 67.170.161.21 | Vikings S02E08 HDTV x264-KILLERS[ettv] | TV Series | 2014/05/06 |
| 322. | 67.170.161.21 | [ www.UsaBit.com ] - Enemy 2013 HDRip x264 AC3-MiLLENiUM | Video | 2014/05/06-2014/05/24 |
| 323. | 67.170.161.21 | Get Carter (1971) | Video | 2014/05/06-2014/05/24 |
| 324. | 67.170.161.21 | Borgman 2013 BluRay 720p AAC x264 (AtlaN64.Com).mp4 | Video | 2014/05/11 |
| 325. | 67.170.161.21 | Vikings S02E04 HDTV XviD-FUM[ettv] | TV Series | 2014/05/16 |
| 326. | 67.170.161.21 | Vikings S02E02 HDTV x264-EXCELLENCE[ettv] | TV Series | 2014/05/16 |
| 327. | 67.170.161.21 | Vikings S02E01 HDTV XviD-FUM[ettv] | TV Series | 2014/05/16 |

| | | | | |
|---|---|---|---|---|
| 328. | 67.170.161.21 | Vikings S02E05 HDTV XviD-FUM[ettv] | TV Series | 2014/05/16 |
| 329. | 67.170.161.21 | Vikings S02E06 HDTV XviD-FUM[ettv] | TV Series | 2014/05/16-2014/05/17 |
| 330. | 67.170.161.21 | Vikings S02E08 HDTV XviD-FUM[ettv] | TV Series | 2014/05/16-2014/05/18 |
| 331. | 67.170.161.21 | Vikings S02E07 HDTV XviD-FUM[ettv] | TV Series | 2014/05/16-2014/05/18 |
| 332. | 67.170.161.21 | Vikings S02E03 HDTV XviD-FUM[ettv] | TV Series | 2014/05/16-2014/05/18 |
| 333. | 67.170.161.21 | Vikings S02E09 HDTV XviD-FUM[ettv] | TV Series | 2014/05/16-2014/05/18 |
| 334. | 67.170.161.21 | Vikings S02E10 HDTV XviD-FUM[ettv] | TV Series | 2014/05/16-2014/05/19 |
| 335. | 67.170.161.21 | The Hunger Games Catching Fire 2013 DVDRip XviD-AQOS | Video | 2014/05/17 |
| 336. | 67.170.161.21 | Oh.Boy.2012.BRRip.x264.HORiZON-ArtSubs | Video | 2014/05/29 |
| 337. | 67.170.161.21 | Herr Lehmann | Video | 2014/05/29-2014/05/30 |
| 338. | 67.170.161.21 | 081299342X The Divide.epub | eBook | 2014/05/29-2014/05/31 |
| 339. | 67.170.161.21 | Tales from the Borderlands | Software | 2014/05/30 |
| 340. | 67.170.161.21 | The New Digital Age Reshaping the Future of People, Nations and Business - Jared Cohen.epub | eBook | 2014/05/30 |
| 341. | 67.170.161.21 | VA - The Fault In Our Stars OST 2014 320kbps CBR MP3 [VX] | Audio | 2014/05/30-2014/05/31 |
| 342. | 67.170.161.21 | The.Seventh.Continent.1989.iNTERNAL.BDRip.x264-MARS[rarbg] | Video | 2014/05/30-2014/05/31 |
| 343. | 67.170.161.21 | Combo Wifi hacker v2.9.Updated | Software | 2014/06/01 |
| 344. | 67.170.161.21 | Windows 8.1 Update 1 Pro X64 PreActivated | Software | 2014/06/01-2014/06/03 |
| 345. | 67.170.161.21 | Orff Carmina Burana 1975 & 1989 | Video | 2014/06/02-2014/06/07 |
| 346. | 67.170.161.21 | Chomsky Noam - Was Onkel Sam wirklich will.rar | eBook | 2014/06/05 |
| 347. | 67.170.161.21 | [ www.Torrenting.com ] - The.Barber.of.Siberia.1998.iNTERNAL.DVDRip.XviD-MULTiPLY | Video | 2014/06/09 |
| 348. | 67.170.161.21 | Freddy Fender.2009.MI CORAZON ESPAÑOL[Mp3].256Kbps.-ROSTROMASCARADO | Audio | 2014/06/10-2014/06/14 |
| 349. | 67.170.161.21 | McCoy Tyner - Time For Tyner (1968) [EAC-FLAC] | Audio | 2014/06/11 |
| 350. | 67.170.161.21 | The Mavericks - Gold (2006) | Audio | 2014/06/11 |
| 351. | 67.170.161.21 | Andre Rieu - Celebrates Abba (2013) NLToppers | Audio | 2014/06/11 |
| 352. | 67.170.161.21 | License Keys Hack For all Antivirus 100% free Torrent | Software | 2014/06/12 |
| 353. | 67.170.161.21 | Flaco Jimenez - Collection | Audio | 2014/06/12 |
| 354. | 67.170.161.21 | The Fields (2011) (l)x264 MKV 1080P DD 5.1 & DTS NL Subs TBS | Video | 2014/06/13 |
| 355. | 67.170.161.21 | The Barry Sisters - Collection - 11 Albums (1954-2002) [WwW.LoKoTorrents.CoM] | Audio | 2014/06/13 |